18777. Cincinnati (City) v Public Utilities Com.; error to Commission. Affirmed in part. Jones, Matthias, Day and Robinson, JJ. concur. Marshall, CJ., Allen and Kinkade, JJ. dissent. Dock 9-12-24, 2 Abs. 578.

18779. Cincinnati & Sub. Bell Tel. Co. v. Public Utilities Com.; error to Commission. Reversed in part. Marshall C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 9-165-25, 2 Abs. 578.

18824. Norman Kendall v. State of Ohio: error to Cuyahoga Appeals. Affirmed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 11-17-24, 2 Abs. 722.

18829. J. C. Hoagland v. Clara Hoagland; error to Trumbull Appeals. Reversed. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Robinson, JJ., dissent. Dock 11-20-24, 2 Abs. 738.

18841. Hazel L. Rolf, Admx. v. Andrew Heil; error to Cuyahoga Appeals. Affirmed. Marshall, CJ., Matthias, Day, Allen and Robinson, JJ., concur. Jones and Kinkade, JJ., dissent. Dock 11-29-24, 2 Abs. 754; OS. Pend., 3 Abs. 235.

18894. A. F. Sommers v. Putman County B. Ed.; error to Putnam Appeals. Reversed. Marshall, C. J., Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Jones, J., dissents for the fourth proposition of syllabus and from judgment. Dock. 1-5-25, 3 Abs., 25.

18895. Portsmouth (City) v. Mitchell Mfg. Co.; error to Scioto Appeals. Affirmed. Marshall, C. J., Matthias, Day, Allen and Kinkade, JJ., concur. Jones, J., concur in judgment. Dock 1-5-25, 3 Abs. 25. OS. Pend., 3 Abs. 216.

18996. State ex. Cleveland Engin. Const. Co., v. T. J. Duffy et al. In Mandamus. Demurrer overruled. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock 1-5-25, 3 Abs. 25.

18926. Industrial Com. v. Steve Nagy, error to Montgomery Appeals. Reversed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock 1-26-25, 3 Abs. 66.

18943. Frank M. Powell et v. D. S. Craig et; error to Fayette Appeals. Reversed. Marshall, C. J., Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Allen, J., not participating. Dock.

18991. Edward E. Curtis v. State of Ohio; error to Stark Appeals. Affirmed. Marshall, C. J., Day, Allen, J., and Kinkade JJ., concur. Dock. 3-2-25, 3 Abs. 146, OS. Pend., 3 Abs. 187.

19050. Alva R. Corlett v. A. J. Pearson; error to Cuyahoga Appeals. Petition in error dismissed. Marshall, C. J., Jones, Matthias, Day, Kinkade, JJ., concur, Robinson, J., not participating. Dock. 3-30-25, 3 Abs. 214.

19150. State ex v. Alfred W. Davis. In Quo Warranto. Demurrer overruled and judgment of ouster. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock 5-15-25, 3 Abs. 29.

19171. State ex v. Van Buren Rural School Dist. et. In Mandamus. Dismissed at costs of deft. in error. Dock 5-27-25, 3 Abs. 359.

19172. State ex v. Boardman Rural School Dist. Mahoning County, Ohio et al. In Mandamus. Dismissed at costs of deft. in error. Dock. 5-27-25, 3 Abs. 359.

19024. State v. Ford Motor Co.; error to Frankln Appeals. Pet. error of right. Dismissed, no const. quest. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 4-18-25, 3 Abs. 198. OS. Pend., 3 Abs. 299.

19037. State ex rel. v. Thad H. Brown, Secy. of State. In Mandamus. Writ denied. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 3-24-25, 3 Abs. 198.

## MOTION DOCKET

19015. C. C. C. St. L. R. Co. v. Henry Potter. Motion by plaintiff for thirty day's time to file briefs. Sustained. Dock. 3-12-25, 3 Abs. 184.

19045. Adam Fouch et al. v. Charles Riedel. Motion for Crawford Appeals to certify. Overruled. Dock 3-26-25, 3 Abs., 214, OS. Pend., 3 Abs. 380.

19062. Herring Motor Car Co. v. Ozro Stanz an infant, etc. Motion for Allen Appeals to certify. Voluntarily dismissed. Dock. 4-8-25, 3 Abs. 249. OS. Pend. 3 Abs. 364.

19071. Baker-Evans Ice Cream Co. v. Elizabeth Tedesco, etc. Motion for Mahoning Appeals to certify. Allowed. Dock 4-13-25, 3 Abs. 249. OS. Pend. 3 Abs. 345.

19072. Louis Massello v. John Brill. Motion by defendant to strike motion to certify from files. Overruled. Dock 4-13-25, 3 Abs. 249.

19085. J. Livingston & Co. v. Margaret Streeter. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 4-20-25, 3 Abs. 265, OS. Pend. 3 Abs. 315.

19086. Arthur A. Koplin v. Akron Chapter No. 300 A. I. U. Motion for Summit Appeals to certify. Overruled. Dock 4-21-25, 3 Abs. 278.

19087. Julia E. Cook v. William M. Isaacs. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 4-21-25, 3 Abs. 278. OS. Pend. 3 Abs. 314.

19089. Toledo, F. & F. R. Co. v. T. & C. C. R. R. Co. Motion for Lucas Appeals. Allowed. Dock OA 3 Abs.

19091. A. H. Fouts v. State of Ohio. Motion for Perry Appeals to certify. Allowed. Dock. 4-23-25, 3 Abs. 278.

19095. Edgar L. Weinland, Admr. v. Fred L. Tidball, Exr. Motion for Franklin Appeals to certify. Overruled. Dock. 4-24-25, 3 Abs. 278.

19097. John Combs v. Ida M. Norman. Motion for Muskingum Appeals to certify. Overruled. Dock. 4-24-25 3 Abs. 278.

19101. Edward Vollrath, Extr. v. Anna E. Marshall. Motion for Crawford Appeals to certify. Overruled. Dock. 4-24-25, 3 Abs. 297.

19112. Rudolph Esser v. Joseph J. Dues et al. Motion for Auglaize appeals to certify. Overruled. Dock. 5-4-25, 3 Abs. 297.

19115. Jennison-Wright Co. v. General American Tank Car Corp. Motion for Lucas Appeals to certify. Overruled. Dock.

19116. Midland Creosoting Co. v. General American Tank Car Corp. Motion for Lucas Appeals to certify. Overruled. Dock 5-5-25, 3 Abs. 297. OS. Pend. 3 Abs. 343.

19117. Frank Tingley et al v. Florence Raymire et al. Motion for Greene appeals to certify. Overruled. Dock. 5-5-25, 3 Abs. 297.